UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV15-1723-CAS(PJWx) | Date | November 12, 2015 |
|---|---|---|---|
| Title | *TJX COMPANIES, INC. v. YANA 71, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

On the Court's own motion, the Order to Show Cause as to defendant Neighbor J, Inc. is hereby extended for approximately thirty (30) days. The Court reminds defendant Neighbor J, Inc. that

> Pursuant to Local Rule 83-2.2.2, it states that "No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."

**IT IS HEREBY ORDERED** that **DEFENDANT NEIGHBOR J, INC.** show cause in writing not later than **December 14, 2015** why its answer should not be sticken for lack of appearing/participating at a Court-ordered hearing. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |